UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY GARCIA,<br><br>   Plaintiff,<br><br>  vs.<br><br>UNITED STATES SOCIAL SECURITY ADMIN. COMMISSIONER PETER D. SPENCER<br><br>   Defendant. | Case No. CV 10-8427-DSF (DTB)<br><br>ORDER TO SHOW CAUSE |

  On July 21, 2011, the Court granted defendant's Ex Parte Application to Modify the Case Management Order. Pursuant to the Order, plaintiff was ordered to file a motion for summary judgment on or before August 31, 2011. Plaintiff has not filed his motion for summary judgment nor has he requested an extension of time within which to do so.

  Accordingly, on or before **November 28, 2011**, plaintiff is ORDERED to either (a) show good cause in writing, if any exists, why plaintiff did not timely file his motion for summary judgment, and why the Court should not recommend that this action be dismissed for failure to prosecute and failure to comply with the Court's prior Order; or (b) serve and file his motion for summary judgment in accordance with the format

specified in the July 12, 2011, Order. Plaintiff is forewarned that, if he fails to do either, the Court will deem such failure a further violation of a Court order justifying dismissal and also deem such failure as further evidence of a lack of prosecution on plaintiff's part.

DATED: October 25, 2011

_____
DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE