JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY GARCIA, | ) Case No. CV 10-8427-DSF (DTB) |
| Plaintiff, | ) **J U D G M E N T** |
| vs. | ) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) |
| Defendant. | ) |

In accordance with the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge, filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed and this matter is remanded for further administrative proceedings.

DATED: May 21, 2012

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

1